UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 09-CR-20463

    v.                                HON. GEORGE CARAM STEEH

JANICE HOLMES,

        Defendant.
_____/

ORDER DENYING DEFENDANT'S MOTION FOR
EXPUNGEMENT OF CRIMINAL RECORD (DOC # 45)

This matter is before the court on defendant Janice Holmes' request for expungement of the criminal record associated with her conviction in this court in 2010. Ms. Holmes states that a criminal record will present an obstacle to her pursuit of a C.P.A. license after she receives her Bachelor's degree.

No matter how sympathetic the court may be to defendant's situation, it is clear that this court lacks jurisdiction over such an expungement request. See United States v. Lucido, 612 F.3d 871 (6th Cir. 2010). Accordingly, for the reasons given in Lucido, the court **DENIES** the request for expungement.

The court notes that it is within the authority of the President of the United States to grant clemency and expunge a federal criminal record. The prospects of such relief may be remote, and this Court cannot endorse defendant's request, but she may explore the

possibility at http://www.justice.gov/pardon/forms/pardon_form.pdf or contact the Office of the Pardon Attorney, U.S. Department of Justice, 1425 New York Avenue, N.W., Suite 1100, Washington, D.C. 20530, Telephone: (202) 616-6070.

**IT IS SO ORDERED**.

Dated:  April 2, 2014

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 2, 2014, by electronic and/or ordinary mail and also on Janice Holmes, P. O. Box 35589, Detroit, MI  48235.

s/Barbara Radke
Deputy Clerk

---